# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WESTERN DISTRICT OF NY | 08/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (SENIOR) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | NEW YORK STATE RETIREMENT SYSTEM (DEFINED BENEFIT PENSION PLAN) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | NEW YORK STATE RETIREMENT SYSTEM | $33,723.24 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ATTORNEY (SELF-EMPLOYED) |
| 2. 2020 | BROWN, GRUTTADARO, GAUJEAN & PRATO, PLLC (SALARY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   M & T BANK | A | Interest | M | T | | | | | |
| 3.   ACCOUNT #1 (H) | | | | | | | | | |
| 4.   MORGAN STANLEY BANK N.A. (cash) | A | Interest | K | T | | | | | |
| 5.   ABB LTD (ABB) | A | Dividend | J | T | | | | | |
| 6.   ABM INDUSTRIES INCORPORATED (ABM) (X) | A | Dividend | J | T | | | | | |
| 7.   ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 8.   ACI WORLDWIDE INC (ACIW) | | None | J | T | | | | | |
| 9.   ADAPTHEALTH CORP CL A (AHCO) (X) | | None | J | T | | | | | |
| 10.  AIR LIQUIDE ADR (AIQUY) (X) | A | Dividend | J | T | | | | | |
| 11.  ALLERGAN PLC SHS (AGN) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 12.  ALPHABET INC CL C (GOOG) | | None | J | T | Sold (part) | 07/24/20 | J | A | |
| 13.  ALSTOM ADR (ALSMY) (X) | | None | J | T | | | | | |
| 14.  ALTRA HLDGS INC (AIMC) | A | Dividend | J | T | | | | | |
| 15.  AMER INTL GP INC NEW (AIG) | A | Dividend | | | Buy (add'l) | 03/05/20 | J | | |
| 16. | | | | | Sold | 03/17/20 | J | | |
| 17.  AMN HEALTHCARE SVCS INC (AMN) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AON PLC SHS CL-A (AON) | A | Dividend | J | T | | | | | |
| 19. ASSA ABLOY AB UNSP ADR (ASAZY) | A | Dividend | | | Sold | 09/10/20 | J | A | |
| 20. AUTOHOME INC SP ADR RP CL A (ATHM) (X) | | None | J | T | | | | | |
| 21. AXALTA COATING SYSTEMS LTD (AXTA) | | None | J | T | Buy (add'l) | 03/18/20 | J | | |
| 22. | | | | | Sold (part) | 11/09/20 | J | | |
| 23. BANCORPSOUTH INC (BXS) | A | Dividend | J | T | | | | | |
| 24. BB SEGURIDADE PARTICIPACOES (BBSEY) (Y) | | | | | | | | | |
| 25. BEIERSDORF AG UNSPONS ADR (BDRFY) | A | Dividend | J | T | | | | | |
| 26. BERKLEY W R CORP (WRB) | A | Dividend | J | T | | | | | |
| 27. BERKSHIRE HATHAWAY CL-B NEW (BRK'B) | | None | J | T | | | | | |
| 28. BHP BILLITON LTD (BHP) | A | Dividend | J | T | | | | | |
| 29. BLACK KNIGHT INC (BKI) | | None | J | T | Sold (part) | 11/09/20 | J | B | |
| 30. BMC STK HLDGS INC (BMCH) | | None | J | T | | | | | |
| 31. BNP PARIBAS SP ADR REPSTG (BNPQY) | | None | J | T | | | | | |
| 32. BOOKING HOLDINGS INC (BKNG) | | None | J | T | Buy | 03/17/20 | J | | |
| 33. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 34. BRINK'S COMPANY COM (BCO) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BROOKFIELD ASSET MGNT CL A LTD (BAM) | A | Dividend | J | T | | | | | |
| 36. BROOKS AUTOMATION INC (BRKS) | A | Dividend | J | T | | | | | |
| 37. BRUNSWICK CORP (BC) (Y) | | | | | | | | | |
| 38. CANADIAN NATL RAILWAY CO (CNI) (X) | A | Dividend | J | T | | | | | |
| 39. CARLSBERG AS (CABGY) | A | Dividend | J | T | | | | | |
| 40. CASELLA WASTE SYS INC CL A (CWST) | | None | J | T | | | | | |
| 41. CENTRAL GARDEN & PET CO CL A (CENTA) (X) | | None | J | T | | | | | |
| 42. CERENCE INC (CRNC) (X) | | None | J | T | | | | | |
| 43. CERNER CORP (CERN) | A | Dividend | J | T | | | | | |
| 44. CHARLES RIVER LABS INTL INC (CRL) | | None | J | T | Buy | 03/18/20 | J | | |
| 45. | | | | | Sold<br>(part) | 08/13/20 | J | | |
| 46. COMPAGNIE FIN RICHEMONTAG ADR (CFRUY) | A | Dividend | | | Sold | 11/04/20 | J | | |
| 47. COMPASS GROUP PLC SPD ADR (CMPGY) (Y) | | | | | | | | | |
| 48. CVB FINCL CP (CVBF) | A | Dividend | J | T | | | | | |
| 49. DAIWA HOUSE IND LTD ADR (DWAHY) | A | Dividend | J | T | | | | | |
| 50. DBS GROUP HOLDINGS LTD SP (DBSDY) | A | Dividend | J | T | | | | | |
| 51. DELTA AIR LINES NEW (DAL) | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 53. | | | | | Sold | 04/09/20 | J | | |
| 54. DIAGEO PLC SPON ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 55. DUN & BRADSTREET HLDGS INC (DNB) | | None | J | T | Buy | 08/05/20 | J | | |
| 56. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 57. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 58. ENEL SOCIETA PER AZIONI ADR (ENLAY) (X) | | None | J | T | | | | | |
| 59. ENGIE SPONS ADR (ENGIY) | | None | J | T | | | | | |
| 60. ENN ENERGY HOLDINGS LTD UNSPON (XNGSY) | A | Dividend | J | T | | | | | |
| 61. ENVISTA HLDGS CORP (NVST) (X) | | None | J | T | | | | | |
| 62. ESCO TECH (ESE) | A | Dividend | J | T | | | | | |
| 63. FASTENAL CO (FAST) | A | Dividend | J | T | | | | | |
| 64. FERGUSON PLC SPONSORED ADR (FERGY) | A | Dividend | J | T | | | | | |
| 65. FIRST HORIZON CORPORATION (FHN) | A | Dividend | J | T | | | | | |
| 66. FORWARD AIR CORP (FWRD) (X) | A | Dividend | J | T | | | | | |
| 67. FULLER HB & CO (FUL) | A | Dividend | J | T | | | | | |
| 68. GIBRALTAR INDUSTRIES INC (ROCK) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. GLACIER BANCORP (GBCI) | A | Dividend | J | T | | | | | |
| 70. GRUPO FINANCIERO BANORTE SAB (GBOOY) | | None | J | T | | | | | |
| 71. HEXAGON AB ADR (HXGBY) (X) | A | Dividend | J | T | | | | | |
| 72. HITACHI 10 COM NEW ADR (HTHIY) (X) | A | Dividend | J | T | | | | | |
| 73. HORACE MANN EDUCATORS CP (HMN) (X) | A | Dividend | J | T | | | | | |
| 74. ICF INTL INC (ICFI) | A | Dividend | J | T | | | | | |
| 75. ICICI BANK LTD (IBN) | | None | J | T | | | | | |
| 76. ICU MEDICAL INC (ICUI) (X) | | None | J | T | | | | | |
| 77. IHS MARKIT LTD (INFO) | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 78. ILL TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 79. INDEPENDENT BK MASS (INDB) | A | Dividend | J | T | | | | | |
| 80. INTEGER HOLDINGS CORP (ITGR) | | None | J | T | | | | | |
| 81. J&J SNACK FOODS (JJSF) (Y) | | | | | | | | | |
| 82. KAO CORP (KAOOY) (Y) | | | | | | | | | |
| 83. KNORR BREMSE AG ADR (KNRRY) (X) | A | Dividend | J | T | | | | | |
| 84. KOMATSU LTD SPON ADR NEW (KMTUY) | | None | | | Sold | 02/07/20 | J | | |
| 85. LA Z BOY INCORPORATED (LZB) | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. LAKELAND FINCL (LKFN) (X) | A | Dividend | J | T | | | | | |
| 87. LONZA GROUP AG ZUERICH ADR (LZAGY) (X) | A | Dividend | J | T | | | | | |
| 88. LOWES COMPANIES INC (LOW) | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 89. | | | | | Sold (part) | 04/30/20 | J | A | |
| 90. MAKITA CORPORATION LTD ADR NEW (MKTAY) | A | Dividend | J | T | | | | | |
| 91. MARKEL CORP (HOLDING CO) (MKL) | | None | J | T | | | | | |
| 92. MASTERCARD INC CL A (MA) | A | Dividend | J | T | | | | | |
| 93. MATADOR RES CO (MTDR) (Y) | | | | | | | | | |
| 94. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 95. MERCK KGAA SPD ADR (MKKGY) (X) | | None | J | T | | | | | |
| 96. MOWI ASA ADR (MHGVY) (Y) | | | | | | | | | |
| 97. NINTENDO CO LTD ADR NEW (NTDOY) | A | Dividend | J | T | | | | | |
| 98. NORDEA NK SWEDEN AB (PUBL) ADR (NRBAY) | | None | J | T | | | | | |
| 99. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | Sold (part) | 09/01/20 | J | A | |
| 100. NXP SEMICONDUCTORS (NXPI) | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 101. | | | | | Sold (part) | 11/09/20 | J | B | |
| 102. ONE GAS INC (OGS) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 104. OTIS WORLDWIDE CORP (OTIS) (X) | | None | | | Sold | 04/16/20 | J | | |
| 105. PEBBLEBROOK HOTEL TR COM (PEB) (Y) | | | | | | | | | |
| 106. PEPSICO INC NC (PEP) | A | Dividend | J | T | | | | | |
| 107. PERNOD RICARD SA UNSPONS ADR (PDRDY) (X) | A | Dividend | J | T | | | | | |
| 108. PHYSICIANS REALTY TRUST (DOC) | A | Dividend | J | T | | | | | |
| 109. PING AN INSURANCE ADR (PNGAY) | A | Dividend | J | T | | | | | |
| 110. PLEXUS CORP (PLXS) | | None | J | T | | | | | |
| 111. PRUDENTIAL PLC ADR (PUK) | A | Dividend | J | T | | | | | |
| 112. QTS RLTY TR INC COM CL A (QTS) | A | Dividend | J | T | | | | | |
| 113. RAMBUS INC (RMBS) (X) | | None | J | T | | | | | |
| 114. RAYTHEON TECHNOLOGIES CORP (RTX) | | None | J | T | Buy (add'l) | 03/18/20 | J | | |
| 115. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 116. RELX PLC SPONSORED ADR (RELX) | A | Dividend | J | T | | | | | |
| 117. ROYAL DSM NV SPONSORED ADR (RDSMY) | A | Dividend | J | T | | | | | |
| 118. ROYAL DUTCH SHELL PLC (RDS'A) | | None | | | Sold (part) | 01/30/20 | J | | |
| 119. | | | | | Sold | 02/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. RYANAIR HLDGS PLC ADR (RYAAY) | | None | J | T | | | | | |
| 121. RYOHIN KEIKAKU CO LTD ADR (RYKKY) | A | Dividend | J | T | | | | | |
| 122. SAFRAN SA (SAFRY) | | None | J | T | | | | | |
| 123. SAMPO OYJ UNSPON ADR (SAXPY) | A | Dividend | J | T | | | | | |
| 124. SANDS CHINA LTD UNSPONSORED ADR (SCHYY) | | None | J | T | Buy | 11/20/20 | J | | |
| 125. SANDVIK AB SPONS ADR (SDVKY) (X) | | None | J | T | | | | | |
| 126. SANOFI ADR (SNY) (X) | A | Dividend | J | T | | | | | |
| 127. SAP AG (SAP) | A | Dividend | | | Sold (part) | 10/27/20 | J | A | |
| 128. | | | | | Sold | 11/24/20 | J | A | |
| 129. SELECTIVE INS GRP (SIGI) | A | Dividend | J | T | | | | | |
| 130. SHIMANO INC ADR (SMNNY) (X) | A | Dividend | J | T | | | | | |
| 131. SHIN ETSU CHEM CO LTD ADR (SHECY) | A | Dividend | J | T | | | | | |
| 132. SOUTH ST CORP COM (SSB) | A | Dividend | J | T | | | | | |
| 133. STARBUCKS CORP WASHINGTON (SBUX) | A | Dividend | J | T | Buy (add'l) | 02/27/20 | J | | |
| 134. STRYKER CORP (SYK) | A | Dividend | J | T | Sold (part) | 11/19/20 | J | A | |
| 135. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | | | | | |
| 136. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. SUZUKI MTR CORP ADR (SZKMY) (X) | A | Dividend | J | T | | | | | |
| 138. SYNNEX CORP (SNX) (Y) | | | | | | | | | |
| 139. TAIWAN SMCNDCTR MFG CO LTD ADR (TSM) | A | Dividend | J | T | | | | | |
| 140. TELENOR ASA ADS (TELNY) | A | Dividend | J | T | | | | | |
| 141. TENCENT HLDGS LTD UNSPON ADR (TCEHY) | A | Dividend | J | T | | | | | |
| 142. TESCO PLC SPONSORED ADR (TSCDY) | A | Dividend | J | T | | | | | |
| 143. THE SIMPLY GOOD FOODS COMPANY (SMPL) (X) | | None | J | T | | | | | |
| 144. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | Sold<br>(part) | 10/26/20 | J | C | |
| 145. TJX COS INC NEW (TJX) | A | Dividend | J | T | | | | | |
| 146. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |
| 147. VESTAS WIND SYSTEMS ADS (VWDRY) (X) | A | Dividend | J | T | | | | | |
| 148. VINCI SA ADR (VCISY) | A | Dividend | J | T | | | | | |
| 149. VIVENDI SA UNSPON ADR (VIVHY) | A | Dividend | J | T | Sold<br>(part) | 11/30/20 | J | A | |
| 150. WILLSCOT MOBIL MINI HOLDN CL A (WSC) (X) | | None | J | T | | | | | |
| 151. WOLTERS KLUWER NV SPON ADR (WTKWY) | A | Dividend | J | T | | | | | |
| 152. WOLVERINE WORLD WIDE (WWW) | A | Dividend | J | T | | | | | |
| 153. VOLKSWAGEN AG RP (VWAPY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. VERIZON COMMUNICATIONS | None | | | | Sold | 01/27/20 | J | | |
| 155. BANK OF AMERICA CORP | A | Interest | | | Sold | 04/14/20 | J | A | |
| 156. GOLDMAN SACHS GROUP INC | A | Interest | | | Sold | 07/09/20 | J | A | |
| 157. SHELL INTERNATIONAL FINANCE BV | A | Interest | J | T | | | | | |
| 158. VERIZON COMMUNICATIONS INC 4.125 | A | Interest | J | T | Buy | 04/16/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 160. CVS HEALTH CORP 4.300 | A | Interest | J | T | Buy | 06/09/20 | J | | |
| 161. WELLS FARGO CO F XD | A | Interest | J | T | Sold<br>(part) | 03/17/20 | J | | |
| 162. CITIGROUP INC 3.66 FXD TO 07/24/2027 FLTS THRFTR | A | Interest | J | T | Sold<br>(part) | 03/17/20 | J | | |
| 163. COMCAST CORP | A | Interest | J | T | | | | | |
| 164. JPMORGAN CHASE & CO | A | Interest | J | T | | | | | |
| 165. GOLDMAN SACHS GROUP INC 3.800 | A | Interest | J | T | Buy | 07/09/20 | J | | |
| 166. BANK OF AMERICA CORP 2.884 | A | Interest | J | T | Buy | 04/14/20 | J | | |
| 167. GENERAL ELECTRIC CAPITAL CORP | A | Interest | J | T | | | | | |
| 168. OCCIDENTAL PETROLEUM CORP | A | Interest | | | Buy | 01/27/20 | J | | |
| 169. | | | | | Sold | 11/06/20 | J | | |
| 170. MICROSOFT CORP | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ENTERPRISE PRODUCTS OPER | A | Interest | J | T | | | | | |
| 172. UNITED STATES TREASURY NOTE | A | Interest | | | Buy (add'l) | 01/27/20 | J | | |
| 173. | | | | | Sold (part) | 03/18/20 | J | | |
| 174. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 175. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 176. | | | | | Sold | 06/09/20 | J | A | |
| 177. UNITED STATES TREASURY NOTE | A | Interest | K | T | Buy | 05/26/20 | J | | |
| 178. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 179. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 180. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 181. UNITED STATES TREASURY NOTE | | None | J | T | Buy | 12/09/20 | J | | |
| 182. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 183. UNITED STATES TREASURY NOTE | A | Interest | J | T | Buy | 06/17/20 | J | | |
| 184. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 185. UNITED STATES TREASURY BOND | A | Interest | K | T | Sold (part) | 03/17/20 | J | B | |
| 186. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 187. | | | | | Buy (add'l) | 10/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 189. UNITED STATES TREASURY BOND ▬▬▬ | A | Interest | J | T | Sold (part) | 03/17/20 | J | B | |
| 190. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 191. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 192. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 193. UNITED STATES TREASURY BOND ▬▬▬ | A | Interest | K | T | Sold (part) | 03/04/20 | J | B | |
| 194. | | | | | Sold (part) | 03/17/20 | J | A | |
| 195. | | | | | Buy (add'l) | 08/24/20 | J | | |
| 196. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 197. UNITED STATES TREASURY BOND- INFLATION INDEXED ▬▬▬ | A | Interest | J | T | Buy | 03/04/20 | J | | |
| 198. FED NATL MTG ASSN ▬▬▬ | A | Interest | J | T | Sold (part) | 03/17/20 | J | A | |
| 199. FEDERAL NATIONAL MTG ASSN POOL MA4204 ▬▬▬ | | None | J | T | Buy | 12/09/20 | J | | |
| 200. FHLMC 30 YR GOLD ▬▬▬ | A | Interest | J | T | Buy (add'l) | 08/11/20 | J | | |
| 201. FEDERAL NATIONAL MTG ASSN POOL MA3521 ▬▬▬ | A | Interest | | | Sold (part) | 03/09/20 | J | | |
| 202. | | | | | Sold (part) | 03/18/20 | J | | |
| 203. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 204. | | | | | Sold | 11/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  FEDERAL NATIONAL MTG ASSN POOL MA3527 ▮▮▮ | A | Interest | | | Sold | 01/10/20 | J | | |
| 206.  FHLMC 30 YR GOLD ▮▮▮ | A | Interest | J | T | Buy (add'l) | 04/09/20 | J | | |
| 207.  FED NATL MTG ASSN POOL MA3803 ▮▮▮ | A | Interest | | | Buy (add'l) | 01/09/20 | J | | |
| 208. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 209. | | | | | Sold | 12/09/20 | J | | |
| 210.  FEDERAL NATIONAL MTG ASSN POOL MA3945 ▮▮▮ | A | Interest | J | T | Buy | 07/10/20 | J | | |
| 211.  FHLMC 30 YR GOLD SD8113 ▮▮▮ | A | Interest | J | T | Buy | 11/06/20 | J | | |
| 212.  FHLMC 30 YR GOLD SD8044 ▮▮▮ | A | Interest | | | Buy | 01/10/20 | J | | |
| 213. | | | | | Sold (part) | 03/18/20 | J | | |
| 214. | | | | | Sold | 05/26/20 | J | | |
| 215.  AQR STYLE PREMIA ALTERNATIVE I (QSPIX) | | None | M | T | Buy (add'l) | 03/05/20 | K | | |
| 216. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 217.  WESTERN ASSET SMASH SERIES EC (LMECX) | B | Dividend | L | T | Sold (part) | 03/17/20 | J | | |
| 218. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 219. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 220.  WESTERN ASSET SMASH SERIES C (LMLCX) | B | Dividend | K | T | Buy (add'l) | 05/12/20 | J | | |
| 221. | | | | | Buy (add'l) | 12/01/20 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. WESTERN ASSET SMASH SERIES M (LMSMX) | | C | Dividend | L | T | Sold (part) | 03/17/20 | J | | |
| 223. | | | | | | Sold (part) | 03/19/20 | J | | |
| 224. | | | | | | Sold (part) | 05/12/20 | K | | |
| 225. | | | | | | Buy (add'l) | 06/03/20 | J | | |
| 226. | | | | | | Buy (add'l) | 08/05/20 | J | | |
| 227. | | | | | | Buy (add'l) | 12/01/20 | J | | |
| 228. ACCOUNT #2 (H) | | | | | | | | | | |
| 229. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | | A | Dividend | J | T | | | | | |
| 230. ACCOUNT #3 (H) | | | | | | | | | | |
| 231. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL (MASPX) | | A | Dividend | J | T | | | | | |
| 232. ACCOUNT #4 (H) | | | | | | | | | | |
| 233. AQR MANAGED FUTURES STATEGY 1 (AQMIX) | | B | Dividend | K | T | | | | | |
| 234. GOLDMAN SACHS SM CAP VAL I (GSSIX) | | A | Dividend | L | T | | | | | |
| 235. LORD ABBETT SHT DURATION INC F (LDLFX) | | C | Dividend | M | T | Buy (add'l) | 06/22/20 | L | | |
| 236. PUTNAM MLTI ASSET ABS RET Y (PDMYX) | | | None | L | T | | | | | |
| 237. ACCOUNT #5 (H) | | | | | | | | | | |
| 238. COHEN & STEERS INTL REALTY FUND A (IRFAX) | | A | Dividend | K | T | Buy (add'l) | 09/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. COHEN & STEERS INTL REALTY FD C (IRFCX) | A | Dividend | | | Sold | 09/16/20 | J | | |
| 240. ACCOUNT #6 (H) | | | | | | | | | |
| 241. FIDELITY LARGE CAP STOCK FUND | | None | | | Sold | 12/18/20 | J | A | |
| 242. JP MOGAN US EQUITY FUND | | None | J | T | Buy | 12/18/20 | J | | |
| 243. FIDELITY INTERNATIONAL INDEX FUND | | None | J | T | Buy | 12/18/20 | J | | |
| 244. VT FIDELITY CONTRAFUND | | None | J | T | | | | | |
| 245. OAKMARK INTERNATIONAL INSTITUTIONAL | | None | | | Sold | 12/18/20 | J | A | |
| 246. ACCOUNT #7 (H) | | | | | | | | | |
| 247. MORGAN STANLEY BANK (cash) | A | Interest | K | T | | | | | |
| 248. MSILF GOVERNMENT PTF INST (MVRXX) | A | Dividend | K | T | | | | | |
| 249. DELAWARE LIFE NY SUN UL PROTECTOR (whole life) | | None | M | T | | | | | |
| 250. ACCOUNT #8 (H) | | | | | | | | | |
| 251. MORGAN STANLEY BANK NA (cash) | A | Interest | L | T | | | | | |
| 252. ABBVIE INC COM (ABBV) (X) | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 253. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 254. ADECCO GROUP AG ADR (AHEXY) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 255. ADOBE SYSTEMS (ADBE) | | None | J | T | Sold<br>(part) | 02/06/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 06/24/20 | J | B | |
| 257. ADVANCE AUTO PARTS (AAP) | A | Dividend | J | T | | | | | |
| 258. AES CORP (AES) | A | Dividend | J | T | | | | | |
| 259. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 260. AKZO NOBEL NV ADR (AKZOY) (X) | A | Dividend | J | T | | | | | |
| 261. ALASKA AIR GROUP INC (ALK) (Y) | | | | | | | | | |
| 262. ALEXION PHARM INC (ALXN) | | None | J | T | Sold<br>(part) | 06/24/20 | J | | |
| 263. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 264. ALIBABA GROUP (BABA) | | None | J | T | | | | | |
| 265. ALLERGAN PLC SHS (AGN) | A | Dividend | | | Sold<br>(part) | 03/24/20 | J | A | |
| 266. | | | | | Redeemed | 05/11/20 | J | A | |
| 267. ALLISON TRANSMN HLDGS INC<br>(ALSN) | A | Dividend | J | T | | | | | |
| 268. ALPHABET INC CL A (GOOGL) | | None | | | Sold | 06/18/20 | J | C | |
| 269. ALPHABET INC CL C (GOOG) | | None | | | Sold<br>(part) | 01/10/20 | J | A | |
| 270. | | | | | Sold<br>(part) | 06/24/20 | J | B | |
| 271. | | | | | Sold | 08/03/20 | J | C | |
| 272. AMAZON (AMZN) | | None | J | T | Sold<br>(part) | 06/24/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. AMERICAN INTL GROUP (AIG) | A | Dividend | J | T | Sold<br>(part) | 05/21/20 | J | | |
| 274. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 275. AMERICAN EXPRESS CO (AXP) (Y) | | | | | | | | | |
| 276. AMERICAN HOMES 4 RENT (AMH) | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 277. AMGEN INC (AMGN) (X) | A | Dividend | J | T | | | | | |
| 278. ANHEUSER-BUSCH (BUD) | A | Dividend | | | Sold | 02/21/20 | J | | |
| 279. AP MOLLAR-MAERSK A/S ADR (AMKBY) | A | Dividend | J | T | | | | | |
| 280. APPLE INC (AAPL) | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 281. ARISTA NETWORKS INC (ANET) | | None | J | T | | | | | |
| 282. ATOS ORIGIN SA ADR (AEXAY) | | None | | | Sold | 11/02/20 | J | | |
| 283. AUTODESK INC. (ADSK) | | None | | | Sold | 06/24/20 | J | C | |
| 284. AUTOZONE INC (AZO) | | None | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 285. AXA ADS (AXAHY) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 286. | | | | | Buy | 12/03/20 | J | | |
| 287. | | | | | Sold | 12/22/20 | J | | |
| 288. BAIDU INC ADS (BIDU) | | None | | | Sold<br>(part) | 11/02/20 | J | | |
| 289. | | | | | Sold | 12/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. BANCO BILBAO VIZ ARG SA ADS (BBVA) | | None | J | T | Buy | 12/28/20 | J | | |
| 291. BANCO SANTANDER S.A. (SAN) | | None | | | Sold | 11/02/20 | J | | |
| 292. | | | | | Buy | 12/03/20 | J | | |
| 293. | | | | | Sold | 12/22/20 | J | | |
| 294. BANK OZK (OZK) (Y) | | | | | | | | | |
| 295. BARCLAYS PLC ADR (BCS) | | None | | | Sold | 12/22/20 | J | | |
| 296. BASF SE SP ADR (BASFY) | A | Dividend | J | T | | | | | |
| 297. BAYER AG SPONSORED ADR (BAYRY) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 298. BAYERISCHE MOTOREN WERKE ADR (BMWYY) | A | Dividend | J | T | | | | | |
| 299. BERKELEY GROUP HLDGS PLC (BKGFY) (X) | | None | | | Sold | 11/02/20 | J | | |
| 300. | | | | | Buy | 12/03/20 | J | | |
| 301. | | | | | Sold | 12/22/20 | J | | |
| 302. BIOGEN INC COM (BIIB) | | None | | | Sold<br>(part) | 04/20/20 | J | A | |
| 303. | | | | | Sold | 06/24/20 | J | B | |
| 304. BIOMARIN PHARMAC (BMRM) (Y) | | | | | | | | | |
| 305. BLACKROCK INC. (BLK) (Y) | | | | | | | | | |
| 306. BNP PARIBAS SP ADR REPSTG (BNPQY) | | None | | | Sold | 11/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 12/03/20 | J | | |
| 308. | | | | | Sold | 12/22/20 | J | | |
| 309.  BOEING CO (BA) (Y) | | | | | | | | | |
| 310.  BP PLC ADS (BP) | A | Dividend | | | Sold | 12/22/20 | J | | |
| 311.  BRENNTAG AG UNSP ADR (BNTGY) (X) | A | Dividend | J | T | | | | | |
| 312.  BRISTOL MYERS SQUIBB CO (BMY) (Y) | | | | | | | | | |
| 313.  BROADCOM CORP CL A (AVGO) | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 314. | | | | | Sold | 06/24/20 | J | C | |
| 315.  CAPRI HOLDINGS LIMITED (CPRI) | | None | | | Buy (add'l) | 12/03/20 | J | | |
| 316. | | | | | Sold | 12/29/20 | J | A | |
| 317.  CEMEX SAB DE CV (CX) (Y) | | | | | | | | | |
| 318.  CHARLES SCHWAB CORP (SCHW) (Y) | | | | | | | | | |
| 319.  CHINA CONSTRUCTION BANK CORP (CICHY) | | None | | | Sold | 05/27/20 | J | A | |
| 320.  CHOW TAI FOOK JEWLLERY (CJEWY) | A | Dividend | J | T | | | | | |
| 321.  CITIGROUP INC NEW (C) | A | Dividend | J | T | Buy (add'l) | 03/23/20 | J | | |
| 322. | | | | | Sold (part) | 04/20/20 | J | | |
| 323. | | | | | Sold (part) | 06/08/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 11/02/20 | J | | |
| 325. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 326. CITRIX SYSTEMS INC (CTXS) | A | Dividend | | | Sold | 06/24/20 | J | B | |
| 327. CNH INDL N V SHS (CNHI) | | None | J | T | Sold | 11/02/20 | J | | |
| 328. | | | | | Buy | 12/03/20 | J | | |
| 329. CNOOC LTD ADS (CEO) (X) | | None | | | Sold | 12/07/20 | J | | |
| 330. COMCAST CORP CL A (CMCSA) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 331. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 332. | | | | | Sold (part) | 06/24/20 | J | B | |
| 333. COMPASS GROUP PLC SPD ADR (CMPGY) | | None | | | Buy | 12/03/20 | J | | |
| 334. | | | | | Sold | 12/22/20 | J | | |
| 335. CONAGRA BRANDS INC (CAG) (Y) | | | | | | | | | |
| 336. CONTL AG SPONS ADR (CTTAY) | | None | | | Sold | 01/23/20 | J | | |
| 337. CORTEVA INC (CTCVA) | A | Dividend | J | T | | | | | |
| 338. COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | J | T | | | | | |
| 339. COVETRUS INC (CVET) | | None | J | T | Sold (part) | 05/27/20 | J | A | |
| 340. CREE RESEARCH INC (CREE) | | None | | | Sold | 06/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. CVS HEALTH CORP COM (CVS) | A | Dividend | | | Buy (add'l) | 02/13/20 | J | | |
| 342. | | | | | Sold | 11/02/20 | J | | |
| 343. | | | | | Buy | 12/03/20 | J | | |
| 344. | | | | | Sold | 12/22/20 | J | | |
| 345. DISCOVERY COMMUNICATIONS SER A (DISCA) | | None | | | Sold | 06/24/20 | J | | |
| 346. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | | | Sold (part) | 04/20/20 | J | A | |
| 347. | | | | | Sold | 06/24/20 | J | A | |
| 348. DUPONT DE NEMOURS INC (DD) | A | Dividend | J | T | | | | | |
| 349. DXC TECHNOLOGY COMPANY (DXC) | A | Dividend | J | T | | | | | |
| 350. E TRADE FINANCIAL CORP (ETFC) | | None | | | Sold | 02/21/20 | J | A | |
| 351. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 352. EQT CORPORATION COM NEW (EQT) (X) | | None | J | T | Sold (part) | 04/20/20 | J | A | |
| 353. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 354. | | | | | Sold (part) | 12/22/20 | J | | |
| 355. ENCANA CORP (ECA) (Y) | | | | | | | | | |
| 356. EQUINIX INC (EQIX) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | A | |
| 357. EQUITABLE HLDGS INC (EQH) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. EURONET WORLDWIDE INC (EEFT) | | None | J | T | | | | | |
| 359. EXELON CORP (EXC) | A | Dividend | J | T | | | | | |
| 360. FACEBOOK INC (FB) | | None | J | T | Sold (part) | 06/24/20 | J | B | |
| 361. FIDELITY NATL INFORMATION SE (FIS) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 362. | | | | | Buy | 12/03/20 | J | | |
| 363. | | | | | Sold | 12/22/20 | J | | |
| 364. FIREEYE INC (FEYE) | | None | | | Sold | 06/24/20 | J | | |
| 365. FIRST AMERICAN FINL CORP (FAF) | A | Dividend | J | T | | | | | |
| 366. FLUOR CORP NEW (FLR) (Y) | | | | | | | | | |
| 367. FOOT LOCKER (FL) | A | Dividend | | | Sold | 12/04/20 | J | A | |
| 368. FREEPORT-MCMORAN INC (FCX) | A | Dividend | | | Sold (part) | 01/10/20 | J | B | |
| 369. | | | | | Sold (part) | 06/08/20 | J | A | |
| 370. | | | | | Sold | 06/24/20 | J | A | |
| 371. FRESENIUS MEDICAL CARE AG&CO (FMS) | A | Dividend | | | Buy | 01/23/20 | J | | |
| 372. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 373. | | | | | Sold | 12/22/20 | J | | |
| 374. G4S PLC UNSPONS ADR (GFSZY) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. GATX CORP (GATX) | A | Dividend | J | T | | | | | |
| 376. GENL DYNAMICS CORP (GD) (X) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 377. | | | | | Buy | 12/03/20 | J | | |
| 378. | | | | | Sold | 12/22/20 | J | | |
| 379. GLENCORE PLC ADR (GLNCY) | | None | J | T | Buy<br>(add'l) | 06/12/20 | J | | |
| 380. GRAY TELEVSION CL B COM (GTN) | | None | J | T | | | | | |
| 381. GREEK ORGANISATION OF<br>FOOTBALL (GOFPY) | A | Dividend | | | Sold | 07/23/20 | J | A | |
| 382. GUARDANT HEALTH INC (GH) (X) | | None | | | Sold | 06/24/20 | J | A | |
| 383. HITACHI 10 COM NEW ADR (HTHIY) | A | Dividend | J | T | | | | | |
| 384. HOME DEPOT INC. (HD) | A | Dividend | J | T | | | | | |
| 385. HONDA MOTOR COMPANY LTD ADR<br>(HMC) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 386. | | | | | Buy | 12/03/20 | J | | |
| 387. | | | | | Sold | 12/22/20 | J | | |
| 388. HONEYWELL INTL INC (HON) | A | Dividend | J | T | Sold<br>(part) | 04/28/20 | J | A | |
| 389. HOYA CORP (HOCPY) | A | Dividend | | | Sold<br>(part) | 12/02/20 | J | B | |
| 390. | | | | | Sold | 12/29/20 | J | A | |
| 391. HYPERA SA ADR (HYPMY) | A | Dividend | J | T | Buy<br>(add'l) | 12/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. IHS MARKIT LTD (INFO) | A | Dividend | J | T | | | | | |
| 393. IMPERIAL BRANDS PLC SPD ADR (IMBBY) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 394. INFINEON TECH AG (IFNNY) | A | Dividend | J | T | | | | | |
| 395. INFOSYS LIMITED (INFY) | A | Dividend | | | Sold | 06/08/20 | J | A | |
| 396. INTESA SANPAOLO ADR (ISNPY) | | None | | | Sold | 11/02/20 | J | | |
| 397. | | | | | Buy | 12/03/20 | J | | |
| 398. | | | | | Sold | 12/22/20 | J | | |
| 399. IONIS PHARMACEUTICALS (IONS) | | None | | | Sold | 06/24/20 | J | B | |
| 400. ITAU UNIBANCO MULTIPLE ADR (ITUB) | A | Dividend | J | T | | | | | |
| 401. JOHNSON & JOHNSON (JNJ) | A | Dividend | | | Buy (add'l) | 01/16/20 | J | | |
| 402. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 403. | | | | | Sold (part) | 06/24/20 | J | A | |
| 404. | | | | | Sold (part) | 11/06/20 | J | A | |
| 405. | | | | | Sold | 12/02/20 | J | A | |
| 406. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | A | |
| 407. KBC GROUP NV UNSPONS ADR (KBCSY) (X) | | None | J | T | | | | | |
| 408. KEYCORP - NEW (KEY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. KINDER MORGAN INCORP (KMI) | A | Dividend | | | Buy (add'l) | 03/16/20 | J | | |
| 410. | | | | | Sold (part) | 05/27/20 | J | | |
| 411. | | | | | Sold | 11/02/20 | J | | |
| 412. | | | | | Buy | 12/03/20 | J | | |
| 413. | | | | | Sold | 12/22/20 | J | | |
| 414. KOMATSU LTD SPON ADR NEW (KMTUY) | | None | J | T | Buy | 10/29/20 | J | | |
| 415. | | | | | Sold (part) | 11/02/20 | J | | |
| 416. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 417. L3 HARRIS TECHNOLOGIES (LHX) | A | Dividend | | | Sold | 06/24/20 | J | B | |
| 418. LAFARGEHOLCIM ADR (HCMLY) (X) | | None | J | T | | | | | |
| 419. LIBERTY MEDIA C SER C SIRIUSXM (LSXMK) (Y) | | | | | | | | | |
| 420. LINDE PLC (LIN) (Y) | | | | | | | | | |
| 421. LITHIA MOTORS INC A (LAD) | | None | | | Buy | 10/01/20 | J | | |
| 422. | | | | | Sold | 11/02/20 | J | | |
| 423. | | | | | Buy | 12/03/20 | J | | |
| 424. | | | | | Sold | 12/22/20 | J | | |
| 425. MC CORMICK AND CO NON VOTING (MKC) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 427. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 428. MERCK & CO INC. (MRK) | A | Dividend | J | T | | | | | |
| 429. METSO OUTOTEC CORPORATION ADR<br>(OUKPY) (X) | | None | J | T | | | | | |
| 430. MGIC INVT CORP (MTG) | A | Dividend | J | T | | | | | |
| 431. MICROSOFT (MFST) | A | Dividend | J | T | Sold<br>(part) | 04/20/20 | J | B | |
| 432. | | | | | Sold<br>(part) | 06/24/20 | J | B | |
| 433. MONSTER BEVERAGE CORP NEW<br>COM (MNST) (X) | | None | J | T | | | | | |
| 434. MTU AERO ENGINES AG (MTUAY) (X) | | None | J | T | | | | | |
| 435. MURPHY USA INC COM (MUSA) | A | Dividend | J | T | | | | | |
| 436. NATIONAL OILWELL VARCO INC<br>(NOV) (Y) | | | | | | | | | |
| 437. NETAPP INC COM (NTAP) | A | Dividend | J | T | Sold<br>(part) | 11/02/20 | J | | |
| 438. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 439. NOVARTIS AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 440. NUANCE COMMUNICATIONS INC<br>(NUAN) | | None | | | Sold | 06/24/20 | J | A | |
| 441. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 442. NUTANIX INC CL A (NTNX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443.  NUTRIEN LTD (NTR) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 444.  NVIDIA CORPORATION (NVDA) | A | Dividend | J | T | | | | | |
| 445.  ONEMAIN HLDGS INC (OMF) | A | Dividend | J | T | | | | | |
| 446.  ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 447.  OWENS CORNING (OC) | A | Dividend | J | T | | | | | |
| 448.  PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 449.  PEBBLEBROOK HOTEL TRUST (PEB)<br>(Y) | | | | | | | | | |
| 450.  PENTAIR PLC (PNR) (X) | | None | | | Sold | 06/24/20 | J | A | |
| 451.  PIONEER NATURAL RESOURCES<br>(PXD) | A | Dividend | J | T | | | | | |
| 452.  PJSC GAZPROM (OGZPY) (Y) | | | | | | | | | |
| 453.  POSCO ADS (PKX) | A | Dividend | J | T | | | | | |
| 454.  QUALCOMM INC (QCOM) | A | Dividend | J | T | Sold<br>(part) | 04/09/20 | J | A | |
| 455.  QURATE RETAIL INC SER A (QRTEA)<br>(X) | | None | | | Sold | 06/08/20 | J | | |
| 456.  RAYTHEON TECHNOLOGIES CORP<br>(RTX) (X) | A | Dividend | J | T | | | | | |
| 457.  REYNOLDS CONSUMER PRODS INC<br>(REYN) | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 458. | | | | | Sold<br>(part) | 06/24/20 | J | A | |
| 459.  ROCHE HOLDINGS (RHHBY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. ROYAL BK SCOTLAND GROUP SP ADR (RBS) (Y) | | | | | | | | | |
| 461. SALESFORCE.COM, INC (CRM) | | None | J | T | | | | | |
| 462. SANDERSON FARMS (SAFM) | A | Dividend | J | T | | | | | |
| 463. SANOFI ADR (SNY) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 464. | | | | | Buy | 12/03/20 | J | | |
| 465. | | | | | Sold | 12/22/20 | J | | |
| 466. SCHLUMBERGER LTD (SLB) (Y) | | | | | | | | | |
| 467. SCHNEIDER ELEC SA UNSP ADR (SBGSY) | A | Dividend | J | T | | | | | |
| 468. SEAGATE TECHNOLOGY (STX) | A | Dividend | | | Sold | 06/24/20 | J | B | |
| 469. SENSATA TECHNOLOGIES (ST) | | None | J | T | | | | | |
| 470. SERVICE CORP INTL (SCI) (Y) | | | | | | | | | |
| 471. SONY CORP ADR 1974 NEW (SNE) (X) | A | Dividend | J | T | | | | | |
| 472. SPLUNK INC (SPLK) | | None | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 473. SPROUTS FARMERS MARKET INC (SFM) | | None | J | T | | | | | |
| 474. STANDARD CHARTERED PLC ADR (SCBFY) (Y) | | | | | | | | | |
| 475. STANLEY BLACK & DECKER INC (SWK) | A | Dividend | J | T | | | | | |
| 476. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 05/21/20 | J | | |
| 478. SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | Sold (part) | 06/08/20 | J | A | |
| 479. | | | | | Sold (part) | 10/19/20 | J | A | |
| 480. TE CONNECTIVITY LTD-CHF (TEL) | A | Dividend | | | Sold (part) | 06/08/20 | J | A | |
| 481. | | | | | Sold | 06/24/20 | J | B | |
| 482. TEXAS INSTRUMENTS INC. (TXN) | A | Dividend | J | T | | | | | |
| 483. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | A | |
| 484. TOTAL S A SPON ADR (TOT) | A | Dividend | J | T | Sold (part) | 12/22/20 | J | | |
| 485. TRAVELSKY TECH LTD SPONS ADR (TSYHY) (X) | A | Dividend | J | T | | | | | |
| 486. TREEHOUSE FOODS INC (THS) (X) | | None | J | T | | | | | |
| 487. TWITTER INC (TWTR) | | None | | | Sold (part) | 06/08/20 | J | A | |
| 488. | | | | | Sold | 06/24/20 | J | B | |
| 489. US BANCORP (USB) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | | |
| 490. | | | | | Sold (part) | 11/02/20 | J | | |
| 491. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 492. UBER TECH (UBER) | | None | J | T | | | | | |
| 493. UBS GROUP AG SHS (UBS) | A | Dividend | | | Sold | 11/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy | 12/03/20 | J | | |
| 495. | | | | | Sold | 12/22/20 | J | | |
| 496. ULTA BEAUTY INC (ULTA) (X) | | None | | | Sold | 11/02/20 | J | | |
| 497. | | | | | Buy | 12/03/20 | J | | |
| 498. | | | | | Sold | 12/22/20 | J | | |
| 499. UNILEVER PLC (NEW) ADS (UL) | A | Dividend | J | T | | | | | |
| 500. UNITED PARCEL SERVICE (UPS) | A | Dividend | J | T | | | | | |
| 501. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | | | Sold (part) | 01/10/20 | J | B | |
| 502. | | | | | Sold | 06/24/20 | J | C | |
| 503. VERIZON COMM (VZ) | A | Dividend | J | T | Sold (part) | 10/22/20 | J | A | |
| 504. VERTEX PHARMACEUTICALS (VRTX) | | None | | | Sold | 06/24/20 | J | C | |
| 505. VIACOMCBS INC CL B (VIAC) | A | Dividend | J | T | Sold (part) | 06/08/20 | J | | |
| 506. VISA INC COM (V) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | B | |
| 507. VISTRA ENERGY CORP (VST) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 508. | | | | | Buy | 12/03/20 | J | | |
| 509. | | | | | Sold | 12/22/20 | J | | |
| 510. VMWARE INC CLASS A (VMW) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. VODAFONE GROUP (VOD) | A | Dividend | | | Sold | 11/02/20 | J | | |
| 512. | | | | | Buy | 12/03/20 | J | | |
| 513. | | | | | Sold | 12/22/20 | J | | |
| 514. VOYA FINL INC (VOYA) | A | Dividend | J | T | | | | | |
| 515. VULCAN MATERIALS CO (VMC) (X) | A | Dividend | J | T | | | | | |
| 516. W W GRAINGER INC (GWW) | A | Dividend | J | T | | | | | |
| 517. WALT DISNEY CO. (DIS) | A | Dividend | J | T | | | | | |
| 518. WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | | |
| 519. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 520. | | | | | Sold (part) | 12/22/20 | J | | |
| 521. WESTERN DIGITAL CORPORATION (WDC) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | A | |
| 522. WEYERHAEUSER CO (WY) | A | Dividend | J | T | | | | | |
| 523. WHEATON PRECIOUS METALS CORP (WPM) (X) | A | Dividend | J | T | | | | | |
| 524. WIENERBERGER AG SPON ADR (WBRBY) | A | Dividend | J | T | | | | | |
| 525. ZOETIS INC CLASS A (ZTS) | A | Dividend | J | T | Sold (part) | 06/24/20 | J | A | |
| 526. VOLKSWAGEN AG RP ADR (VWAPY) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 527. | | | | | Buy | 12/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. ISHARES CORE S&P U.S. VALUE (IUSV) | | None | K | T | Buy | 11/02/20 | K | | |
| 529. | | | | | Sold (part) | 11/19/20 | J | A | |
| 530. | | | | | Sold | 12/03/20 | K | C | |
| 531. | | | | | Buy | 12/22/20 | K | | |
| 532. ISHARES RUSSELL 1000 GRW ETF (IWF) | | None | J | T | Buy | 11/02/20 | J | | |
| 533. | | | | | Sold | 12/03/20 | J | A | |
| 534. | | | | | Buy | 12/22/20 | J | | |
| 535. VANGUARD FTSE DEVELOPED MKTS E (VEA) | | None | K | T | Buy | 11/02/20 | K | | |
| 536. | | | | | Sold (part) | 11/19/20 | J | A | |
| 537. | | | | | Sold | 12/03/20 | K | D | |
| 538. | | | | | Buy | 12/22/20 | K | | |
| 539. NEW YORK ST TWY AUTH GEN REV ▇▇▇▇ | A | Interest | | | Redeemed | 01/02/20 | J | | |
| 540. NEW YORK ST ENV FACS CORP CLN WTR & DRNKNG WTR ▇▇▇▇ | A | Interest | | | Buy | 01/14/20 | J | | |
| 541. | | | | | Sold | 03/18/20 | J | | |
| 542. METROPOLITAN TRANSPORTATION AUTHORITY REV-E▇▇▇▇ | A | Interest | | | Redeemed | 11/16/20 | J | | |
| 543. SYRACUSE N Y PUB IMPT GENL OBLIG REF-A ▇▇▇▇ | A | Interest | J | T | Sold (part) | 03/18/20 | J | | |
| 544. NEW YORK ST DORM AUTH ST PERS INCOME TAX ▇▇▇▇ | | None | J | T | Buy | 06/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. ROCKLAND CNTY N Y TAX ANTIC NTS GENL OBLIG ▆▆▆ | | None | J | T | Buy | 07/10/20 | J | | |
| 546. RIVERHEAD N Y GENL OBLIG ▆▆▆ | A | Interest | J | T | Buy | 07/17/20 | J | | |
| 547. MIDDLETOWN N Y GENL OBLIG ▆▆▆ | | None | J | T | Buy | 08/24/20 | J | | |
| 548. METROPOLITAN TRANSN AUTH N Y DEEDICATED TAX FD REV-A ▆▆▆ | | None | J | T | Buy | 12/30/20 | J | | |
| 549. SUFFOLK CNTY NY GENL OBLIG REF SER-B ▆▆▆ | A | Interest | J | T | | | | | |
| 550. LONG ISLAND PWR AUTH N Y ELEC SYS REV-B ▆▆▆ | A | Interest | | | Sold | 03/20/20 | J | | |
| 551. NEW YORK N Y CITY TRANSITIONAL FIN AUTH ▆▆▆ | A | Interest | J | T | Buy | 01/08/20 | J | | |
| 552. WHEATFIELD N Y PUB IMPT GENL OBLIG REF ▆▆▆ | | None | J | T | Buy | 10/07/20 | J | | |
| 553. BABYLON N Y VAR PURP GENL OBLIG ▆▆▆ | | None | J | T | Buy | 08/19/20 | J | | |
| 554. TRIBOROUGH BRIDGE TUNNEL NY AU MTA BRDG TUNNEL GEN ▆▆▆ | A | Interest | K | T | | | | | |
| 555. ROCKLAND CNTY NY SOLID WASTE MGMT AUGH GENL OB REF-A ▆▆▆ | A | Interest | J | T | | | | | |
| 556. BUFFALO NY GENL OBLIG REF-A ▆▆▆ | A | Interest | J | T | | | | | |
| 557. NEW YORK ST DORM AUTH REVS ST UNIV EDL FACS-A ▆▆▆ | A | Interest | K | T | Buy | 08/26/20 | J | | |
| 558. ROCKLAND CNTY NY GENL OBLIG REF ▆▆▆ | A | Interest | J | T | | | | | |
| 559. NEW YORK CITY MUN WTR FIN ▆▆▆ | | None | | | Sold | 03/20/20 | K | | |
| 560. UTIL DEBT NY SEC AUTH ▆▆▆ | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 561. NEW YORK ST DORM AUTH REVS NON ST SUPPOR REV-A ▮▮▮▮ | A | Interest | J | T | | | | | |
| 562. NEW YORK ST THRUWAY AUTH GENL REV SER-J ▮▮▮▮ | | None | K | T | Buy | 08/18/20 | K | | |
| 563. NASSAU CNTY N Y FOR ISSUES DTD PRIOR TO ▮▮▮▮ | A | Interest | J | T | | | | | |
| 564. NEW YORK ST DORM AUTH NORTH SH ORE JEWISH OBLIGATED ▮▮▮▮ | A | Interest | J | T | Buy | 06/30/20 | J | | |
| 565. NEW YORK NY CITY MUN WTR FIN AUTH WTR ▮▮▮▮ | A | Interest | J | T | | | | | |
| 566. ST OF NEW YORK AUTH UNIV REV-A ▮▮▮▮ | A | Interest | | | Sold | 03/20/20 | J | | |
| 567. LONG ISLAND PWR AUTH N Y ELEC SYS ▮▮▮▮ | A | Interest | J | T | | | | | |
| 568. DORMITORY AUTH ST NY COLUMBIA UNIV REV-A ▮▮▮▮ | A | Interest | | | Buy | 08/28/20 | K | | |
| 569. | | | | | Sold | 11/04/20 | K | | |
| 570. WESTCHESTER CNTY N Y GENL OBLIG SER-B ▮▮▮▮ | A | Interest | J | T | | | | | |
| 571. HUDSON YDS INFRASTRUCTURE CORP N Y SECOND INDENTURE REV-A ▮▮▮▮ | A | Interest | J | T | | | | | |
| 572. ONEIDA CNTY NY PUB IMPT ▮▮▮▮ | A | Interest | J | T | | | | | |
| 573. WESTERN NASSAU CNTY N Y WTR AUTH WTR SYS REV-B ▮▮▮▮ | A | Interest | J | T | | | | | |
| 574. HEMPSTEAD TOWN N Y ▮▮▮▮ | A | Interest | J | T | Buy | 10/14/20 | J | | |
| 575. NEW YORK ST ENVIRONMTL FACS CORP CLEAN WTR ▮▮▮▮ | A | Interest | J | T | | | | | |
| 576. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-A ▮▮▮▮ | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 577. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-B ▮▮▮ | A | Interest | K | T | | | | | |
| 578. LONG IS PWR AUTH NY ELEC SYS REV▮▮▮ | A | Interest | J | T | | | | | |
| 579. THE PORT AUTH NEW YORK AND NEW JERSEY CONSLD REV-194 ▮▮▮ | A | Interest | J | T | Buy | 04/22/20 | J | | |
| 580. TRIBOROUGH BRIDGE TUNNEL AUTH GENL REV-A▮▮▮ | A | Interest | J | T | | | | | |
| 581. NEW YORK N Y CITY TR CULTURAL RES REV-A▮▮▮ | A | Interest | K | T | | | | | |
| 582. NEW YORK ST DORM AUTH ST PERS INCOME TAX REV-B ▮▮▮ | A | Interest | J | T | Buy | 07/01/20 | J | | |
| 583. YONKERS NY GENL OBLIG ▮▮▮ | A | Interest | J | T | | | | | |
| 584. NEW YORK LIBERTY DEV CORP ▮▮▮ | A | Interest | J | T | | | | | |
| 585. YONKERS N Y ▮▮▮ | A | Interest | J | T | Buy | 05/20/20 | J | | |
| 586. HERRICKS N Y UN FREE SCH DIST ▮▮▮ | | None | J | T | Buy | 07/29/20 | J | | |
| 587. SALES TAX ASSET RECEIVABLE CORP REV-A▮▮▮ | A | Interest | J | T | | | | | |
| 588. ACCOUNT #9 (H) | | | | | | | | | |
| 589. MORGAN STANLEY PRIVATE BANK NA (cash) | A | Interest | J | T | | | | | |
| 590. ABBVIE INC COM (ABBV) (X) | A | Dividend | J | T | | | | | |
| 591. ADIDAS AG (ADDYY) | | None | J | T | | | | | |
| 592. ADOBE SYSTEMS (ADBE) | | None | J | T | Sold<br>(part) | 02/06/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 593. ADVANCE AUTO PARTS (AAP) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 594. | | | | | Buy | 12/03/20 | J | | |
| 595. ADYEN N V UNSPONSORED ADR (ADYEY) | | None | J | T | | | | | |
| 596. AIA GROUP LTD (AAGIY) | A | Dividend | J | T | | | | | |
| 597. AIRBUS SE UNSPONSORED ADR (EADSY) | | None | J | T | Sold | 11/02/20 | J | A | |
| 598. | | | | | Buy | 12/03/20 | J | | |
| 599. AKAMAI TECHNOLOGIES (AKAM) | | None | J | T | | | | | |
| 600. ALCON INC (ALC) | | None | J | T | Buy | 12/03/20 | J | | |
| 601. ALEXION PHARM INC (ALXN) | | None | J | T | | | | | |
| 602. ALIBABA GROUP HLDG LTD (BABA) | | None | J | T | | | | | |
| 603. ALLERGAN PLC SHS (AGN) | A | Dividend | | | Redeemed | 05/11/20 | J | B | |
| 604. ALPHABET INC CL A (GOOGL) | | None | | | Sold | 06/18/20 | J | C | |
| 605. ALPHABET INC CL C (GOOG) | | None | | | Sold | 08/03/20 | J | C | |
| 606. AMADEUS IT GROUP S.A ADR (AMADY) | A | Dividend | J | T | | | | | |
| 607. AMAZON COM INC (AMZN) | | None | K | T | | | | | |
| 608. AMC NETWORKS INC CL A (AMCX) | | None | J | T | Buy | 12/03/20 | J | | |
| 609. AMDOCS LIMITED ORD (DOX) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 610. AMERICAN EXPRESS CO (AXP) (Y) | | | | | | | | | |
| 611. AMGEN INC (AMGN) (X) | A | Dividend | J | T | Sold (part) | 11/02/20 | J | | |
| 612. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 613. ANHEUSER-BUSCH INBEV SPONS (BUD) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 614. | | | | | Buy | 12/03/20 | J | | |
| 615. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 616. APTIV PLC (APTV) (X) | | None | J | T | | | | | |
| 617. ASML HLDG NV NEW YORK REG (ASML) | A | Dividend | J | T | | | | | |
| 618. ATLAS COPCO AS A ADR A NEW (ATLKY) | | None | J | T | Buy | 12/09/20 | J | | |
| 619. ATLASSIAN CORP PLC CL A (TEAM) (X) | | None | J | T | | | | | |
| 620. AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 621. BIOGEN INC COM (BIIB) | | None | J | T | Sold (part) | 11/02/20 | J | | |
| 622. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 623. BIOMARIN PHARMAC SE (BMRN) | | None | J | T | Sold | 11/02/20 | J | | |
| 624. | | | | | Buy | 12/03/20 | J | | |
| 625. BLACKROCK INC. (BLK) | | None | | | Sold | 01/09/20 | J | B | |
| 626. BROADCOM CORP (AVGO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 627. BURBERRY GROUP PLC SPONS ADR (BURBY) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 628. | | | | | Buy | 12/03/20 | J | | |
| 629. CELLNEX TELECOM SA UNS ADR (CLLNY) (X) | | None | J | T | | | | | |
| 630. CERENCE INC (CRNC) (X) | | None | J | T | | | | | |
| 631. CHARLES SCHWAB CORP (SCHW) (Y) | | | | | | | | | |
| 632. CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | Buy (add'l) | 09/08/20 | J | | |
| 633. | | | | | Sold (part) | 11/02/20 | J | | |
| 634. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 635. COMCAST CORP CL A-SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 636. COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | J | T | | | | | |
| 637. CREDIT AGRICOLE SA UNSP (CRARY) (Y) | | | | | | | | | |
| 638. CREE RESEARCH INC (CREE) | | None | J | T | | | | | |
| 639. DIAGEO PLC -SPONSORED ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 640. DISCOVERY COMM SER A (DISCA) | | None | J | T | Sold (part) | 11/02/20 | J | | |
| 641. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 642. DOLBY LABORATORIES INC CLASS A (DLB) | A | Dividend | J | T | | | | | |
| 643. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 644. EDP ENERGIAS DE PORTGUAL SA (EDPFY) (X) | A | Dividend | J | T | | | | | |
| 645. ELASTIC N V (ESTC) (X) | | None | J | T | | | | | |
| 646. EPIROC AKTIEBOLAG ADR (EPOKY) (Y) | | | | | | | | | |
| 647. EQUINIX INC (EQIX) | A | Dividend | J | T | | | | | |
| 648. ERSTE GROUP BANK AG SPONS ADR (EBKDY) (Y) | | | | | | | | | |
| 649. FACEBOOK INC CL-A (FB) | | None | J | T | | | | | |
| 650. FANUC CORPORATION UNSP ADR (FANUY) | A | Dividend | J | T | | | | | |
| 651. FIDELIY NATYL INFORMATION (FIS) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 652. | | | | | Buy | 12/03/20 | J | | |
| 653. FIREEYE INC (FEYE) | | None | J | T | | | | | |
| 654. FLUOR CORP NEW (FLR) (Y) | | | | | | | | | |
| 655. FREEPORT-MCMORAN INC (FCX) | A | Dividend | J | T | Sold (part) | 12/09/20 | J | | |
| 656. GIVAUDAN SA ADR (GVDNY) | A | Dividend | J | T | | | | | |
| 657. GUARDANT HEALTH INC (GH) (X) | | None | J | T | | | | | |
| 658. HDFC BANK LTD (HDB) (Y) | | | | | | | | | |
| 659. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 660. HONEYWELL INTERNATIONAL INC (HON) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. HOYA CORP SPONS ADR (HOCPY) | A | Dividend | J | T | | | | | |
| 662. ICON PLC SP ADR (ICLR) | | None | J | T | | | | | |
| 663. IHS MARKIT LTD (INFO) | A | Dividend | J | T | | | | | |
| 664. INDUSTRIA DE DISENO TEXTIL IND (IDEXY) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 665. | | | | | Buy | 12/03/20 | J | | |
| 666. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 667. JOHNSON & JOHNSON (JNJ) (Y) | | | | | | | | | |
| 668. JOHNSON CTLS INTL PLC (JCI) | A | Dividend | J | T | | | | | |
| 669. JUST EAT TAKEAWAY COM N V ADR (TKAYY) (X) | | None | J | T | | | | | |
| 670. KAO CORP SPONS ADR (KCRPY) | A | Dividend | J | T | | | | | |
| 671. KBC GROUP NV UNSPONS ADR (KBCSY) | | None | J | T | | | | | |
| 672. L'OREAL CO ADR (LRLCY) | A | Dividend | J | T | | | | | |
| 673. L3 HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 674. LEGRAND SA (LGRDY) | A | Dividend | J | T | | | | | |
| 675. LIBERTY BROADBAND CORP S-C (LBRDK) (X) | | None | J | T | | | | | |
| 676. LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 677. LONDON STK EXCHANGE GROUP ADR (LNSTY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 678. LVMH MOET HENNESSY (LVMUY) | A | Dividend | J | T | | | | | |
| 679. MC CORMICK AND CO NON VOTING (MKC) (Y) | | | | | | | | | |
| 680. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | | | | | |
| 681. MICROSOFT CORP (MSFT) | A | Dividend | J | T | Sold<br>(part) | 05/12/20 | J | B | |
| 682. MONOTARO CO LTD ADR (MONOY) (X) | A | Dividend | J | T | | | | | |
| 683. MONSTER BEVERAGE CORP NEW COM (MNST) (X) | | None | J | T | | | | | |
| 684. NATIONAL OILWELL VARCO (NOV) | A | Dividend | J | T | Buy<br>(add'l) | 12/03/20 | J | | |
| 685. NESTLE SA SPONSORED ADR REPSTG REG SH (NSRGY) | A | Dividend | J | T | | | | | |
| 686. NIDEC CORP (NJDCY) | A | Dividend | J | T | | | | | |
| 687. NINTENDO CO LTD ADR (NTDOY) | A | Dividend | J | T | | | | | |
| 688. NOVARTIS ADR (NVS) | A | Dividend | J | T | Sold<br>(part) | 11/02/20 | J | | |
| 689. NOVO NORDISK A S ADR (NVO) | A | Dividend | J | T | | | | | |
| 690. NOW INC (DNOW) | | None | J | T | Buy | 12/03/20 | J | | |
| 691. NUANCE COMMUNICATIONS INC (NUAN) (X) | | None | J | T | | | | | |
| 692. NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 693. NUTANIX INC CL A (NTNX) (Y) | | | | | | | | | |
| 694. NVIDIA CORP (NVDA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 695. NXP SEMICONDUCTORS NV (NXPI) (X) | A | Dividend | J | T | | | | | |
| 696. ORACLE CORP (ORCL) (Y) | | | | | | | | | |
| 697. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 698. PENTAIR PLC (PNR) (X) | A | Dividend | J | T | | | | | |
| 699. PING AN INSURANCE (PNGAY) | A | Dividend | J | T | | | | | |
| 700. PIONEER NATURAL RESOURCES (PXD) (Y) | | | | | | | | | |
| 701. QUALCOMM INC (QCOM) | A | Dividend | J | T | | | | | |
| 702. QURATE RETAIL INC SER A (QRTEA) | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 703. RAYTHEON TECHNOLOGIES CORP (RTX) (X) | A | Dividend | J | T | Sold | 11/02/20 | J | | |
| 704. | | | | | Buy | 12/03/20 | J | | |
| 705. RENTOKIL GROUP PLC SP ADR (RTOKY) | | None | J | T | | | | | |
| 706. ROCHE HOLDINGS ADR (RHHBY) | A | Dividend | J | T | | | | | |
| 707. ROGERS COMM INC (RCI) (Y) | | | | | | | | | |
| 708. SALESFORCE.COM, INC. (CRM) | | None | J | T | | | | | |
| 709. SAP AG (SAP) (Y) | | | | | | | | | |
| 710. SEAGATE TECHNOLOGY (STX) | A | Dividend | J | T | | | | | |
| 711. SHISEIDO LTD SPON ADR (SSDOY) | A | Dividend | J | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 712.  SHOPIFY INC (SHOP) | | None | J | T | | | | | |
| 713.  SOLAREDGE TECHNOLOGIES INC (SEDG) (X) | | None | J | T | | | | | |
| 714.  SPLUNK INC (SPLK) | | None | J | T | | | | | |
| 715.  SPOTIFY TECH (SPOT) | | None | J | T | | | | | |
| 716.  STONECO LTD CL (STNE) | | None | J | T | | | | | |
| 717.  TAIWAN SMCNDCTR (TSM) | A | Dividend | J | T | | | | | |
| 718.  TE CONNECTIVITY LTD NEW (TEL) | A | Dividend | J | T | | | | | |
| 719.  TEAMVIEWER AG ADR (TMVWY) (X) | | None | J | T | | | | | |
| 720.  TECHNOPRO HLDGS (TCCPY) (Y) | | | | | | | | | |
| 721.  TELEPERFORMANCE SA (TLPFY) | A | Dividend | J | T | | | | | |
| 722.  TEMENOS GROUP AG SPON ADR (TMSNY) | A | Dividend | J | T | | | | | |
| 723.  TENCENT HLDGS LTD UNSPON ADR (TCEHY) | | None | J | T | Buy | 06/23/20 | J | | |
| 724.  TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | | | | | |
| 725.  THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | J | T | | | | | |
| 726.  THOMSON REUTERS CORP (TRI) | A | Dividend | J | T | | | | | |
| 727.  TOKYO ELECTRON LTD UNSPON ADR (TOELY) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 728.  TWITTER INC (TWTR) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 729.  UBER TECH (UBER) | | None | J | T | Sold | 11/02/20 | J | | |
| 730. | | | | | Buy | 12/03/20 | J | | |
| 731. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 732.  ULTA BEAUTY INC (ULTA) (X) | | None | J | T | Sold | 11/02/20 | J | | |
| 733. | | | | | Buy | 12/03/20 | J | | |
| 734.  UMICORE SA ADR (UMICY) | A | Dividend | J | T | | | | | |
| 735.  UNITED PARCEL SERVICE CL B (UPS) | A | Dividend | J | T | | | | | |
| 736.  UNITEDHEALTH GROUP INC (UNH) | A | Dividend | K | T | | | | | |
| 737.  VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | Buy<br>(add'l) | 09/17/20 | J | | |
| 738. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 739. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 740. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 741.  VESTAS WIND SYSTEMS ADS<br>(VWDRY) (X) | | None | J | T | | | | | |
| 742.  VISA INC (V) | A | Dividend | J | T | | | | | |
| 743.  VMWARE INC CLASS A (VMW) | | None | J | T | Buy<br>(add'l) | 12/03/20 | J | | |
| 744.  WW GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 745.  WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 746. WESTERN DIGITAL CORP (WDC) | A | Dividend | J | T | Buy (add'l) | 12/03/20 | J | | |
| 747. WORLDLINE SA ADR (WRDLY) (X) | | None | J | T | Sold | 11/02/20 | J | | |
| 748. | | | | | Buy | 12/03/20 | J | | |
| 749. ZOETIS INC CLASS-A (ZTS) | A | Dividend | J | T | | | | | |
| 750. ISHARES CORE S&P U.S. GROWTH (IUSG) | | None | | | Buy | 11/02/20 | J | | |
| 751. | | | | | Sold | 12/03/20 | K | | |
| 752. ISHARES MSCI EAFE ETF (EFA) | | None | | | Buy | 11/02/20 | J | | |
| 753. | | | | | Sold | 12/03/20 | J | | |
| 754. ISHARES RUSSELL 1000 GRW ETF (IWF) | | None | | | Buy | 11/02/20 | K | | |
| 755. | | | | | Sold | 12/03/20 | K | | |
| 756. ACCOUNT #10 (H) | | | | | | | | | |
| 757. BLACKROCK ADV US TOTAL MARKET I (MASPX) | A | Dividend | J | T | | | | | |
| 758. BLACKROCK TECHNOLOGY OPPORTUNITY INST (BGSIX) | A | Dividend | J | T | | | | | |
| 759. ACCOUNT #11 (H) | | | | | | | | | |
| 760. MORGAN STANLEY BANK NA (cash) | A | Interest | J | T | | | | | |
| 761. ACCOUNT #12 (H) | | | | | | | | | |
| 762. GOLDMAN SACHS SM CAP VAL A (GSSMX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 763.  ACCOUNT #13 (H) | | | | | | | | | |
| 764.  NY COLLEGE SAVINGS VALUE STOCK INDEX PORTFOLIO | None | | | | Sold | 06/10/20 | M | A | |
| 765.  NY COLLEGE SAVINGS CONSERVATIVE GROWTH PORTFOLIO | None | | | | Sold | 06/10/20 | M | A | |
| 766.  NY COLLEGE SAVINGS INTEREST ACCUMULATION PORTFOLIO | None | | N | T | Buy | 06/10/20 | N | | |
| 767. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 768.  ACCOUNT #14 (H) | | | | | | | | | |
| 769.  NY COLLEGE SAVINGS VALUE STOCK INDEX PORTFOLIO | None | | | | Sold | 06/10/20 | M | A | |
| 770.  NY COLLEGE SAVINGS CONSERVATIVE GROWTH PORTFOLIO | None | | | | Sold | 06/10/20 | M | A | |
| 771.  NY COLLEGE SAVINGS INTEREST ACCUMULATION PORTFOLIO | None | | N | T | Buy | 06/10/20 | N | | |
| 772. | | | | | Buy (add'l) | 12/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Parenthetical numbers in Part VII are CUSIP numbers.

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CHARLES J. SIRAGUSA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544